FRED LINDSTROM, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — master and servant — railroads — cleaner of locomotives used in interstate commerce is engaged in interstate commerce while riding on the engine on its way to the cleaning station.*

Lindstrom v. N. Y. Central R. R. Co., 186 App. Div. 429, affirmed. (Argued October 21, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered January 20, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action, under the Federal Employers'. Liability Act, to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was employed in cleaning fires on locomotives. On the night of the accident the ash pit at Geneva, where he was usually employed, was out of order and he was directed to go with the engines to a near-by station and clean them there. On the way a collision occurred and plaintiff was injured. It was conceded that the engines were used in interstate commerce. The question was whether plaintiff while cleaning them was so engaged. The Appellate Division held " that the plaintiff, at the time he was injured, while on his way to his work on an engine provided by the defendant, was in the service of the defendant; that he ·was engaged when doing his regular work in both interstate and intrastate commerce; that his trip on the engine from Geneva to Thompsons to his work was a necessary incident of his service and of the nature of his work as a whole; and that he was, therefore, at the time engaged in interstate commerce within the meaning of the act."

*Paul Folger* for appellant.

*W. Smith O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.